UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
_____ DIVISION

Douglas J. Alvarez
_____
name of plaintiff(s)

v.

Louisville MetroHousing Authority
Tim Barry
Juan Hunter
_____
name of defendant(s)

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

11 JUN 24 PM 7:57

Civil Case No. 3:11-CV-372-S

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   On June, 20, 2011 I discovered that someone that have access to my apartment stole 1000 dollars from it. To kind of people have access with master key and can search all when you leave the building.

2. Plaintiff, Douglas J. Alvarez resides at 1114 S. 4th St Apt. 901, Louisville
   street address                                                          city
   Jefferson, KY, 40203, 502-310-5832
   county      state  zip code  area code, phone number

   (if more than one plaintiff, provide the same information for each plaintiff below):

3. Defendant, **Louisville Metro Housing Authority** lives at, or its business is located at **420 South 8th St.**,
street address

**Louisville**, **Jefferson**, **KY**,
city          county         state

**40203**.
zip code

(if more than one defendant, provide the same information for each defendant listed above):

Tim Barry Executive Director
Juan Hunter

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Louisville, KY 6/24/2011

I, Douglas J. Alvarez, want to describe what happens in my apartment in 6-20-2011. I live in LMHA Catherine Court Building Ap. 901 located on St Catherine and Fount Street.

In the morning of 6-20-2011 I discovered that someone broke in my Apartment and stole 1000 dollars from my tool box, money that I keep for emergency issues, like medications and car insurance. Two diferent peoples have free access into the apartment once you leave the building.

5. Prayers for Relief (list what you want the Court to do):

   a. Recover my money 1000 dollars

   b. Made a foll investigation over security during the night.

   c. Aware LMHA about my security in this place due my accusations.

   d. Allowe or permit me to safety or secure my door.

6. Request for a Jury Trial     ✓ yes          ____ no

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this __24__ day of __June__, 20 _11_.

_____
(signature of plaintiff (s) )

Statement Cont.   Date 24/6/2011

Security and Maintenance.
People that carry on this borglary have master Key, and time to search, and know all your valuable inside your apartment.
In fact these master key are in three differents hands.
LMHA Manangement always try to elude all responsabilities about illegal activities in the Building. Therefore Now there are a Legal Case Assignment date 6/3/2011 Case number 3:11CV-336-H where resident of 1505 describe all the issues that happens in the building.
And for all this, I don't believe my belongings and my person are in a safety place.
LMHA most know that St Catherine Building is running by other instead LMHA Manangent.
Your Honor: Because I'm doing this denunciation, I expect more retaliation against me and my properties.

Sincerely
Douglas Alvarez
1114 S 4th St 401
Louisville, KY 40203